**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

MICHAEL F. JACKSON,

     Petitioner,

v.                               CASE NO. 5:17cv66/MCR/EMT

JULIE L. JONES,

     Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 5, 2018.  ECF No. 25.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Respondent's motion to dismiss, ECF No. 21, is **GRANTED**.

3.      Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

4.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of March 2018.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**